HUGH GRIFFITH, Respondent, v. TOWN OF COLESVILLE, Broome County, New York, Appellant.— Judgment and order affirmed, with costs. All concur, except Rhodes, J., who dissents and votes to reverse, and to dismiss the complaint, on the

* Affd., 260 N. Y. 645.                                    † Revd., 261 N. Y. 113.

‡ Added by Laws of 1917, chap. 574. See Public Officers Law, § 30, subd. 8, as amd. by Laws of 1920, chap. 259.— [REP.

§ Amd. by Laws of 1926, chap. 186.— [REP.

ground that no negligence has been shown on the part of the defendant. McNamee, J., not voting.